# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL VALENZUELA,<br><br>         Petitioner,<br><br>   v.<br><br>KELLY SANTORO,<br><br>         Respondent. | **Case No. CV 15-01163 FMO (RAO)**<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Second Amended Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: September 20, 2016

                                        /s/
                              FERNANDO M. OLGUIN
                              UNITED STATES DISTRICT JUDGE