# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL VALENZUELA,<br><br>    Petitioner,<br><br>    v.<br><br>KELLY SANTORO,<br><br>    Respondent. | Case No. CV 15-01163 FMO (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Second Amended Petition is denied, and this action is dismissed with prejudice.

DATED: September 20, 2016

                                                                           /s/
                                          FERNANDO M. OLGUIN
                                          UNITED STATES DISTRICT JUDGE